Jonah A. Grossbardt (SBN 283584)
Matthew L. Rollin (SBN 332631)
**SRIPLAW**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Attorneys for Plaintiff
MARCO VERCH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MARCO VERCH,<br><br>              Plaintiff,<br><br>v.<br><br>HERB LEADER INC,<br><br>              Defendant. | Case No.: 8:22-cv-01492<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT (INJUNCTIVE RELIEF DEMANDED)**<br><br>**Demand for Jury Trial** |

Plaintiff MARCO VERCH by and through his undersigned counsel, brings this Complaint against Defendant HERB LEADER INC for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Plaintiff MARCO VERCH ("Verch") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Verch's original copyrighted Work of authorship.

2. Verch a photographer from Cologne, Germany. He has been working on his photography for many years, and enjoys taking pictures of scenery from his travels, sporting events, food, flowers, cars, drones and more. He also takes photos for advertisements, and fundraising campaigns.

3. Defendant HERB LEADER INC ("Herb Leader") is an organic manufacturing company that supplies herbal ingredients. Herb Leader manufactures and supplies over 100 types of organic and conventional raw ingredients from its California facility, with ingredients for sleeping, weight loss, daily nutrition, men, women and organic. At all times relevant herein, Herb Leader owned and operated the internet website located at the URL www.herbleader.com (the "Website").

4. Verch alleges that Herb Leader copied Verch's copyrighted Work from the internet in order to advertise, market and promote its business activities. Herb Leader committed the violations alleged in connection with Herb Leader's business for purposes of advertising and promoting sales to the public in the course and scope of the Herb Leader's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in California.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district,

Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

### DEFENDANT

9. Herb Leader Inc is a California Corporation, with its principal place of business at 930 East Orangethorpe Avenue, Suite E, Anaheim, California, 92801, and can be served by serving its Registered Agent, Lin Zhang, at the same address.

### THE COPYRIGHTED WORK AT ISSUE

10. In 2019, Ivan Radic created the photograph entitled "Stretching-two-springs-on-a-cross-machine", which is shown below and referred to herein as the "Work".



11. Verch registered the Work with the Register of Copyrights on March 16, 2020 and was assigned the registration number VA 2-197-209. The Certificate of Registration is attached hereto as Exhibit 1.

12. At all relevant times Verch was the owner of the copyrighted Work at issue in this case, by written agreement.

## INFRINGEMENT BY DEFENDANT

13. Herb Leader has never been licensed to use the Work at issue in this action for any purpose.

14. On a date after the Work at issue in this action was created, but prior to the filing of this action, Herb Leader copied the Work.

15. On or about June 17, 2021, Verch discovered the unauthorized use of his Work as the focal image for the "For Him" products on the Website.

16. Herb Leader copied Verch's copyrighted Work without Verch's permission.

17. After Herb Leader copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its herbal ingredient manufacturing and supply business.

18. Herb Leader copied and distributed Verch's copyrighted Work in connection with Herb Leader's business for purposes of advertising and promoting Herb Leader's business, and in the course and scope of advertising and selling products and services.

19. Verch's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

20. Herb Leader committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

21. Verch never gave Herb Leader permission or authority to copy, distribute or display the Work at issue in this case.

22. Verch notified Herb Leader of the allegations set forth herein on July 12, 2021 and September 23, 2021. To date, Herb Leader has failed to respond to Verch's Notices.

## COUNT I
## COPYRIGHT INFRINGEMENT

23. Verch incorporates the allegations of paragraphs 1 through 22 of this Complaint as if fully set forth herein.

24. Verch owns a valid copyright in the Work at issue in this case.

25. Verch registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

26. Herb Leader copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Verch's authorization in violation of 17 U.S.C. § 501.

27. Herb Leader performed the acts alleged in the course and scope of its business activities.

28. Herb Leader's acts were willful.

29. Verch has been damaged.

30. The harm caused to Verch has been irreparable.

WHEREFORE, the Plaintiff prays for judgment against the Defendant Herb Leader Inc that:

a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b.  Defendant be required to pay Plaintiff his actual damages and Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

c.  Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d.  Plaintiff be awarded such other and further relief as the Court deems just and proper; and

e.  Plaintiff be awarded pre- and post-judgment interest.

## JURY DEMAND

Plaintiff Marco Verch hereby demands a trial by jury of all issues so triable.

DATED: August 10, 2022            Respectfully submitted,

/s/ Jonah A. Grossbardt
JONAH A. GROSSBARDT
MATTHEW L. ROLLIN
**SRIPLAW**
*Attorneys for Plaintiff Marco Verch*